UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER WAYNE BROW,

    Defendants.
_____/

Case No. 2:14-cr-09-04

HON. ROBERT HOLMES BELL

### ORDER OF DETENTION

Defendant appeared before the undersigned on May 12, 2014, for arraignment on an indictment charging three counts of controlled substance violations.  The government filed a motion for detention.  Defendant requested time to confer with his attorney and reserve the right to a detention hearing at a later date.  Accordingly, IT IS HEREBY ORDERED that the defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  May 13, 2014                                                   /s/ Timothy P. Greeley
                                                                                   TIMOTHY P. GREELEY
                                                                                   United States Magistrate Judge